IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Craig Douglas Hoglund<br>Christine Joan Hoglund,<br><br>        Plaintiffs,<br><br>    vs.<br><br>United States of America, et al.,<br><br>        Defendants. | **ORDER**<br><br>Case No. 1:22-cv-153 |

Plaintiffs initiated the above-captioned action *pro se* on September 21, 2022, with the filing of a paid complaint along with a Certificate of Service dated September 14, 2022. (Doc. Nos. 1, 2). That same day the Clerk's office issued a summons to Plaintiffs for Defendants. (Doc. No. 3).

On January 17, 2023, the court issued an order to show cause. (Doc. No. 10). Noting that there was nothing in the record to reflect that Plaintiffs have effectuated service of summonses and their complaint on Defendants within the time allotted to them by Fed. R. Civ. P. 4(m), the court gave Plaintiffs thirty days to either provide proof of service or otherwise show there is good cause to give them more time to serve Defendants.

On February 21, 2023, Plaintiffs filed a response to the court's order. (Doc. No. 11). Plaintiffs acknowledge that they have yet to serve Defendants with the copies of their complaint and summonses. Referencing an information sheet for pro se litigants that is posted on the court's website, they appear to be operating under the mistaken belief that they require more from the Clerk's office before they can serve Defendants.

In appreciation of the fact that Plaintiffs are proceeding pro se and given the particular circumstances of this case, the court finds that good cause exists to extend Plaintiffs' deadline for

effectuating service on Defendants. The Clerk's office shall provide Plaintiffs with the following: a copy of the summons it had previously issued, Form AO-398 (Notice of Lawsuit/Request for Waiver of Service), and Form A0-399 (Waiver of Service of Summons). Plaintiffs in turn can make copies of these documents as necessary and serve them on Defendants along with copies of their complaint in accordance with Fed. R. Civ. P. 4.[1] Plaintiff shall have until March 27, 2023, to file proof they have properly served Defendants.

**IT IS SO ORDERED.**

Dated this 23rd day of February, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court

---

[1] Plaintiffs must include new copies of their complaint with the summonses they serve on Defendants. The fact that they previously mailed their complaints to Defendants does not "count." They have to start from scratch.